

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

*FIRM and AFFILIATE OFFICES*

NELSON STEWART
DIRECT DIAL: +1 212 404 8767
PERSONAL FAX: +1 212 253 4037
*E-MAIL:* NMStewart@duanemorris.com

*www.duanemorris.com*

**MEMO ENDORSED**

May 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026

VIA ECF:
Valerie E. Caproni
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

   **Re:**    *Radial, Inc. vs. CXperts, Inc. et al.*, Case No.: 1:26-cv-01689-VEC

Dear Judge Caproni:

   This firm represents Plaintiff/Counterclaim Defendant Radial, Inc. ("Radial") in the above-referenced action. Pursuant to Section 2(C) of Your Honor's Individual Practices, we respectfully request an adjournment of the Initial Pre-trial Conference ("Conference") that is currently scheduled for May 15, 2026 at 10:00 a.m. The undersigned has conferred with counsel for Defendant/Counterclaim Plaintiff CXperts, Inc. ("CXperts") concerning an adjournment of the Conference from May 15, 2026 to June 12, 2026 and confirmed their consent to this adjournment request.

   Good cause exists to grant this adjournment because the Parties continue to engage in settlement discussions that may result in an early resolution of this dispute. The Parties are also considering whether early mediation may facilitate a settlement. It is respectfully submitted that a brief adjournment of the Conference will allow the Parties to continue their productive settlement dialogue. If successful, an early resolution of this action will serve the interests of judicial economy and conserve the resources of both the Court and the Parties.

   Two prior letter motions for an adjournment have been filed by Radial seeking an extension of time to respond to CXperts' Counterclaim. [ECF Nos. 11, 13]. Radial requested the extensions to provide additional time to continue settlement discussions with CXperts. Both letter motions were granted by the Court. Radial's response to CXperts' Counterclaim is currently due on June 1, 2026.

DuaneMorris

May 8, 2026
Page 2

       If granted, an extension of the Conference to June 12, 2026 would not affect any other currently scheduled deadlines or conferences. Per Section 2(C)(5) of Your Honor's Individual Practices, the Parties propose June 19, 2026 or June 26, 2026 as alternative Conference dates if June 12, 2026 is unavailable.

       For the foregoing reasons, the Parties respectfully request that the Court adjourn the Conference from May 15, 2026 to June 12, 2026.

       We thank the Court for its consideration of this request.

Respectfully submitted,

Nelson M. Stewart

NMS

Cc:   Michael Yellin [VIA ECF]
COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
myellin@coleschotz.com

Sayuri P. Espinosa [VIA Email]
SOUTHWICK LAW, APC
7700 Irvine Center Drive, Ste. 800
Irvine, CA 92618
sayuri@southwick.law

Application GRANTED.  The conference currently scheduled for Friday, May 15, 2026, is adjourned to **Friday, June 12, 2026, at 10:00 a.m.** in Courtoom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint submission, as described in the Court's March 4, 2026, Order at Dkt. 6, is now due **no later than Thursday, June 4, 2026**.

SO ORDERED.       5/11/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE